DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHEL W. HILL, Bar #151522
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
DELILA LOUISE OWENS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:11-cr-00445 AWI DLB |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; and ORDER |
| v. | Date : May 29, 2012 |
| DELILA LOUISE OWENS, | Time: 1:00 P.M. |
| Defendant. | Judge: Dennis L. Beck |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the status conference in the above-entitled matter scheduled for February 13, 2012, **may be continued to May 29, 2012, at 1:00 P.M.**

This continuance is made at the request of defense counsel. Defendant is out of custody. This is a case with voluminous discovery which dates back several years. The defense requires the additional time to review, organize and assess the discovery as well as pursue its own investigation before any meaningful plea negotiations may be had. AUSA Henry Carbajal, counsel for the government, is in agreement with the requested continuance. The requested continuance will conserve time and resources for both counsel and the court.

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded because the ends of justice served by continuing this case outweigh the best interests of the public and the defendant in a speedy trial in that additional time is necessary for effective defense preparation.  18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

BENJAMIN B. WAGNER
United States Attorney

DATED:  February 8, 2012        /s/ Henry Carbajal
HENRY CARBAJAL
Assistant United States Attorney
Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Defender

DATED: February 8, 2012         /s/ Rachel W. Hill
RACHEL W. HILL
Assistant Federal Defender
Attorney for Defendant
DELILA LOUISE OWENS

# O R D E R

**IT IS SO ORDERED**.  For the reasons set forth above, the continuance requested is granted for good cause and the Court finds the interest of justice outweighs the interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:   **February 9, 2012**             /s/ **Dennis L. Beck**
                                    UNITED STATES MAGISTRATE JUDGE

Stipulation to Continue Status Conference
Hearing; [Proposed] Order                          2